# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00295-CV

**Lora Sundbeck, Dale Hudson Runnels, and Diane Hudson, Appellants**

**v.**

**Tom Saunderson, Appellee**

### FROM THE COUNTY COURT AT LAW OF TOM GREEN COUNTY
### NO. 09P114, HONORABLE BEN NOLEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Lora Sundbeck, Dale Hudson Runnels, and Diane Hudson, and appellee Tom Saunderson filed a joint motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Joint Motion

Filed:   July 2, 2009